Brian C. Butler, OSB #981903
Assistant Federal Public Defender
Brian_Butler@fd.org
Devin D. Huseby, OSB #083670
Assistant Federal Public Defender
Devin_Huseby@fd.org
15 Newtown Street
Medford, OR 97501
Tel: (541) 776-3630

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EASTWOOD MOHAMMED MANNAN,<br><br>Defendant. | No. 1:24-cr-00226-MC-1<br><br>DEFENDANT'S MOTION TO EXCLUDE TIME |

Defendant, Eastwood Mannan, by his attorneys, Brian Butler and Devin Huseby, respectfully moves for entry of an order excluding an additional 60 days pursuant to 18 U.S.C. § 3161(h)(8)(A), to October 5, 2026.

The evidentiary hearing is currently set for September 10, 2026. This is based on the need to adjudicate whether Mr. Mannan is fit to stand trial. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Assistant United States Attorneys Eliza Rodriguez and Judi Harper do not object to this motion.

Respectfully submitted this 18th day of August 2026.

*s/ Brian Butler*
Brian C. Butler
Assistant Federal Public Defender

*s/ Devin Huseby*
Devin Huseby
Assistant Federal Public Defender